STUART A. BRONSTEIN [SB#83344]
NILS ROSENQUEST [SB# 87661
2720 Taylor Street, Suite 420
San Francisco, California  94133
Tel.:     415-292-0980
Fax:     415-292-0989

Attorneys for Plaintiff, Mass-Tel Communications, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MASS-TEL COMMUNICATIONS, | Case No.  C 09-01429-PJH |
| Plaintiff, | REQUEST FOR DISMISSAL; ORDER THEREON |
| v. | |
| HILTI AKTIENGESELLSCHAFT, HILTI ESPANOLA, S.A., HILTI INC., et al. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff, Mass-Tel Communications, pursuant to the stipulation of the parties, requests that the above-entitled action, together with all claims and causes of action, be dismissed with prejudice.

Respectfully submitted,

Dated:  September 27, 2012          ROSENQUEST & ASSOCIATES


By:  ____/s/  NILS ROSENQUEST_____
Nils Rosenquest
Attorney for Plaintiff,
Mass-Tel Communications

1

**ORDER**

The above-entitled action, together with all claims and causes of action, is ordered dismissed pursuant to the request of plaintiff.

Date: 9/27/12



IT IS SO ORDERED
Judge Phyllis J. Hamilton

2

Request for Dismissal; Order Thereon
Mass-Tel Communications v. Hilti Aktiengesellschaft, et al., Case No. C 09-01429-PHJ