1 STUART A. BRONSTEIN [SB#83344]
  NILS ROSENQUEST [SB# 87661
2 2720 Taylor Street, Suite 420
  San Francisco, California 94133
3 Tel.:  415-292-0980
  Fax:  415-292-0989
4
  Attorneys for Plaintiff, Mass-Tel Communications, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| MASS-TEL COMMUNICATIONS, | Case No. C 09-01429-PJH |
|---|---|
| Plaintiff, | REQUEST FOR DISMISSAL; ORDER THEREON |
| v. | |
| HILTI AKTIENGESELLSCHAFT, HILTI ESPANOLA, S.A., HILTI INC., et al. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff, Mass-Tel Communications, pursuant to the stipulation of the parties, requests that the above-entitled action, together with all claims and causes of action, be dismissed with prejudice.

Respectfully submitted,

Dated: September 27, 2012       ROSENQUEST & ASSOCIATES


By: ___/s/ NILS ROSENQUEST___
Nils Rosenquest
Attorney for Plaintiff,
Mass-Tel Communications

1

1 **ORDER**

2   The above-entitled action, together with all claims and causes of action, is ordered
3 dismissed pursuant to the request of plaintiff.

5   Date: 9/27/12



Request for Dismissal; Order Thereon
Mass-Tel Communications v. Hilti Aktiengesellschaft, et al., Case No. C 09-01429-PHJ